UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLITA C. OBMERGA, and FILIPINO N. OBMERGA,<br><br>         Plaintiff(s),<br><br>     v.<br><br>AMERICA'S SERVICING CO.,<br><br>         Defendant(s). | No. C 10-1446 BZ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

This morning, I received a letter from counsel for plaintiffs asking for a continuance of the case management conference scheduled for August 2, 2010.  The letter request was not filed and is purportedly as a result of a telephone call to my courtroom clerk, a violation of Standing Order No. 7.  It is also not in conformance with Local Rule 7-11.  Good cause appearing and given the lack of time in which to require a proper request, the request is **GRANTED** and the case management conference is continued to **Monday, September 27, 2010 at 4:00 p.m.**, in Courtroom G, 15th Floor, Federal

1

1  Building, 450 Golden Gate Avenue, San Francisco, California
2  94102.  In the future, plaintiffs' counsel is urged to obey
3  Standing Orders and comply with the Local Rules.  Counsel
4  shall also register as an E-filer pursuant to General Order
5  45.  Plaintiffs shall serve this Order on defendant.
6  Dated: July 26, 2010

       _____
              Bernard Zimmerman
       United States Magistrate Judge

G:\BZALL\-BZCASES\OBMERGA V. AMERICA SVC CO\ORD CONTINUING CMC.wpd