UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLITA C. OBMERGA, and FILIPINO N. OBMERGA, ) ) ) | |
| ) | No. C 10-1446 BZ |
| Plaintiff(s), ) ) | **BRIEFING ORDER** |
| v. ) ) | |
| AMERICA'S SERVICING CO., ) ) | |
| Defendant(s). ) ) ) | |

Having received defendant's motion to dismiss, **IT IS ORDERED** as follows:

1. Any opposition to defendant's motion to dismiss shall be filed by **September 20, 2010.** Any reply shall be filed by **September 27, 2010**.

2. The motion is scheduled to be heard on **November 3, 2010 at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

3. By no later than **September 10, 2010**, each party

1

1  shall consent to or decline magistrate judge jurisdiction.
2  The formto consent to or decline magistrate judge
3  jurisdiction may be found on the court's website at:
4  http://www.cand.uscourts.gov
5
6  Dated: 30 Aug 2010
7  _____
8  Bernard Zimmerman
   United States Magistrate Judge
9
10 G:\BZALL\-BZCASES\OBMERGA V. AMERICA SVC CO\BRIEFING ORD.wpd