1  DONALD J. QUERIO (State Bar No. 54367)
   MARK I. WRAIGHT (State Bar No. 228303)
2  MEGAN E. GRUBER (State Bar No. 246122)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA  94111
   Telephone:  (415) 398-3344
5  Facsimile:  (415) 956-0439

6  Attorneys for Defendants
   WELLS FARGO BANK, doing business as
7  AMERICA'S SERVICING COMPANY

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13 LOLITA C. OBMERGA, an individual,          Case No.: C10-01446
   FILIPINO N. OBMERGA, an individual,
14                                            **JOINT STIPULATION TO DISMISS**
              Plaintiffs,                     **ACTION**
15
         vs.
16
   AMERICA'S SERVICING COMPANY,
17 NDEX WEST, LLC; WELLS FARGO BANK;
   and DOES 1 to 20, inclusive,,
18
              Defendants.

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs LOLITA C. OBMERGA and FILIPINO N. OBMERGA and defendant WELLS FARGO BANK, doing business as AMERICA'S SERVICING COMPANY, through their respective undersigned counsel of record, hereby stipulate as follows:

The entire action is hereby dismissed without prejudice.  Each party shall bear their own costs and attorneys' fees incurred in this action.

DATED:  September 22, 2010

**SEVERSON & WERSON**
A Professional Corporation

By:/s/ *Megan E. Gruber*
Megan E. Gruber
Attorneys for Defendant
WELLS FARGO BANK, doing business as AMERICA'S SERVICING COMPANY

DATED:  September 22, 2010

**AVELINO LAW FIRM**

By:/s/ *Kenneth A. Avelino*
Kenneth A. Avelino
Attorney for Plaintiffs
LOLITA C. OBMERGA and FILIPINO N. OBMERGA

IT IS SO ORDERED:

DATED: September 22, 2010

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE
BERNARD ZIMMERMAN

- 2 -

07685/0502/846158.1

JOINT STIPULATION TO DISMISS
Case No. C10-01446